**CENTRAL TRANSPORT LLC**  12225 Stephens Road Warren, MI 48089
NATHAN FAULK  2312 HOOVER DR APT O ARLINGTON TX 76011

| Name | Company | Facility | Employee | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| NATHAN FAULK | CENTRAL TRANSPORT LLC | 00345 | CE24003495 | 07/14/2024 | 07/20/2024 | 08/02/2024 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions & (Refunds) | Net Pay |
|---|---|---|---|---|---|
| Current | 1,216.79 | 0.00 | 93.08 | 0.00 | 1,123.71 |
| YTD | 8,791.94 | 0.00 | 672.58 | 250.00 | 8,119.36 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Breakdown | 07/14/2024 - 07/20/2024 | 0.00 | 0 | 13.50 | 0 | 13.50 |
| Holiday | | | 0 | | 0 | 260.00 |
| Mileage | 07/14/2024 - 07/20/2024 | 0.00 | 0 | 1,203.29 | 0 | 6,167.68 |
| Mileage Pay | | | 0 | | 0 | 1,300.76 |
| Misc Pay | | | 0 | | 0 | 1,050.00 |
| New Employee Advance | | | 0 | | 0 | 750.00 |
| Earnings | | | | 1,216.79 | | 9,541.94 |

### Earnings - Detail by Type

| Date | Description | Trip | From | To | Miles | Hours | Rate | Type | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 07/20/24 | 7/17 #94410262: BLOWN TIRE 1 | | | | 0.00 | | 0.00 | Flat Rate | 13.50 |
| 07/15/24 | TRIP #: 45464159 FT. WORTH - TX (752.000) -> DALLAS - TX (751.000) | 45464159 | FT. WORTH - TX (752.000) | DALLAS - TX (751.000) | 1.10 | | 32.70 | Flat Rate | 32.70 |
| 07/15/24 | TRIP #: 45465121 DALLAS - TX (751.000) -> HOUSTON - TX (772.000) | 45465121 | DALLAS - TX (751.000) | HOUSTON - TX (772.000) | 4.30 | | 145.49 | Flat Rate | 145.49 |
| 07/16/24 | TRIP #: 45470362 HOUSTON - TX (772.000) -> FT. WORTH - TX (752.000) | 45470362 | HOUSTON - TX (772.000) | FT. WORTH - TX (752.000) | 0.52 | | 162.08 | Flat Rate | 162.08 |
| 07/16/24 | TRIP #: 45480026 FT. WORTH - TX (752.000) -> PHILLIPS 66 STANTON TX (M6Y.000) | 45480026 | FT. WORTH - TX (752.000) | PHILLIPS 66 STANTON TX (M6Y.000) | 4.83 | | 181.86 | Flat Rate | 181.86 |
| 07/17/24 | TRIP #: 45483273 PHILLIPS 66 STANTON TX (M6Y.000) -> FT. WORTH - TX (752.000) | 45483273 | PHILLIPS 66 STANTON TX (M6Y.000) | FT. WORTH - TX (752.000) | 6.78 | | 181.86 | Flat Rate | 181.86 |
| 07/18/24 | TRIP #: 45509617 FT. WORTH - TX (752.000) -> DALLAS - TX (751.000) | 45509617 | FT. WORTH - TX (752.000) | DALLAS - TX (751.000) | 0.78 | | 32.70 | Flat Rate | 32.70 |
| 07/18/24 | TRIP #: 45510165 DALLAS - TX (751.000) -> FT. WORTH - TX (752.000) | 45510165 | DALLAS - TX (751.000) | FT. WORTH - TX (752.000) | 0.90 | | 32.70 | Flat Rate | 32.70 |
| 07/19/24 | TRIP #: 45522543 FT. WORTH - TX (752.000) -> AMARILLO - TX (791.000) | 45522543 | FT. WORTH - TX (752.000) | AMARILLO - TX (791.000) | 7.02 | | 216.95 | Flat Rate | 216.95 |
| 07/20/24 | TRIP #: 45526909 AMARILLO - TX (791.000) -> FT. WORTH - TX (752.000) | 45526909 | AMARILLO - TX (791.000) | FT. WORTH - TX (752.000) | 5.55 | | 216.95 | Flat Rate | 216.95 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 75.44 | 545.10 |
| Medicare | 17.64 | 127.48 |
| Employee Taxes | 93.08 | 672.58 |

### Post Tax Deductions & (Refunds)

| Description | Amount | YTD |
|---|---|---|
| New Employee Advance Deduction | 0.00 | 250.00 |
| Post Tax Deductions & (Refunds) | 0.00 | 250.00 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,216.79 | 8,791.94 |
| Medicare - Taxable Wages | 1,216.79 | 8,791.94 |
| Federal Withholding - Taxable Wages | 1,216.79 | 8,791.94 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Navy Federal | Navy Federal ******2969 | ******2969 | | 1,123.71 | USD |

CENTRAL TRANSPORT LLC  12225 Stephens Road Warren, MI 48089
NATHAN FAULK  2012 HOOVER DR APT O ARLINGTON TX 76011

| Name | Company | Facility | Employee # | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| NATHAN FAULK | CENTRAL TRANSPORT LLC | 00345 | CE24003495 | 07/07/2024 | 07/13/2024 | 07/26/2024 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions & (Refunds) | Net Pay |
|---|---|---|---|---|---|
| Current | 1,011.38 | 0.00 | 77.38 | 0.00 | 934.00 |
| YTD | 7,575.15 | 0.00 | 579.50 | 250.00 | 6,995.65 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Holiday | | | | 0 | 0 | 260.00 |
| Mileage | 07/07/2024 - 07/13/2024 | 0.00 | 0 | 1,011.38 | 0 | 4,964.39 |
| Mileage Pay | | | | 0 | | 1,300.76 |
| Misc Pay | | | | 0 | | 1,050.00 |
| New Employee Advance | | | | 0 | | 750.00 |
| Earnings | | | | 1,011.38 | | 8,325.15 |

### Earnings - Detail by Type

| Date | Description | Trip | From | To | Miles | Hours | Rate | Type | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 07/13/24 | 7/12 #188225: TURNED BACK DUE TO BREAKDOWN 49*.638 | | | | 0.00 | | 0.00 | Flat Rate | 31.26 |
| 07/08/24 | TRIP #: 45377194 FT. WORTH - TX (752.000) -> CHEVRON BUDA TX (M71.000) | 45377194 | FT. WORTH - TX (752.000) | CHEVRON BUDA TX (M71.000) | | 4.70 | 126.98 | Flat Rate | 126.98 |
| 07/09/24 | TRIP #: 45380486 CHEVRON BUDA TX (M71.000) -> FT. WORTH - TX (752.000) | 45380486 | CHEVRON BUDA TX (M71.000) | FT. WORTH - TX (752.000) | | 3.52 | 126.98 | Flat Rate | 126.98 |
| 07/10/24 | TRIP #: 45419526 FT. WORTH - TX (752.000) -> PILOT CADDO VALLEY AR (M8X.000) | 45419526 | FT. WORTH - TX (752.000) | PILOT CADDO VALLEY AR (M8X.000) | | 6.68 | 181.22 | Flat Rate | 181.22 |
| 07/11/24 | TRIP #: 45423394 PILOT CADDO VALLEY AR (M8X.000) -> FT. WORTH - TX (752.000) | 45423394 | PILOT CADDO VALLEY AR (M8X.000) | FT. WORTH - TX (752.000) | | 4.63 | 181.22 | Flat Rate | 181.22 |
| 07/11/24 | TRIP #: 45434277 FT. WORTH - TX (752.000) -> PHILLIPS 66 STANTON TX (M6Y.000) | 45434277 | FT. WORTH - TX (752.000) | PHILLIPS 66 STANTON TX (M6Y.000) | | 5.33 | 181.86 | Flat Rate | 181.86 |
| 07/12/24 | TRIP #: 45438821 PHILLIPS 66 STANTON TX (M6Y.000) -> FT. WORTH - TX (752.000) | 45438821 | PHILLIPS 66 STANTON TX (M6Y.000) | FT. WORTH - TX (752.000) | | 2.23 | 181.86 | Flat Rate | 181.86 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 62.71 | 469.66 |
| Medicare | 14.67 | 109.84 |
| Employee Taxes | 77.38 | 579.50 |

### Post Tax Deductions & (Refunds)

| Description | Amount | YTD |
|---|---|---|
| New Employee Advance Deduction | 0.00 | 250.00 |
| Post Tax Deductions & (Refunds) | 0.00 | 250.00 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,011.38 | 7,575.15 |
| Medicare - Taxable Wages | 1,011.38 | 7,575.15 |
| Federal Withholding - Taxable Wages | 1,011.38 | 7,575.15 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Navy Federal | Navy Federal ******2969 | ******2969 | | 934.00 | USD |

CENTRAL TRANSPORT LLC    12225 Stephens Road Warren, MI 48089
NATHAN FAULK    2012 HOOVER DR APT O    ARLINGTON TX 76011

| Name | Company | Facility | Employee | Payroll # | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|---|
| NATHAN FAULK | CENTRAL TRANSPORT LLC | 00345 | | CE24003495 | 06/30/2024 | 07/06/2024 | 07/19/2024 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions & (Refunds) | Net Pay |
|---|---|---|---|---|---|
| Current | 1,569.38 | 0.00 | 120.05 | 0.00 | 1,449.33 |
| YTD | 6,563.77 | 0.00 | 502.12 | 250.00 | 6,061.65 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Holiday | 06/30/2024 - 07/06/2024 | 0.00 | 0 | 260.00 | 0 | 260.00 |
| Mileage | 06/30/2024 - 07/06/2024 | 0.00 | 0 | 1,309.38 | 0 | 3,953.01 |
| Mileage Pay | | | | 0 | | 1,300.76 |
| Misc Pay | | | | 0 | | 1,050.00 |
| New Employee Advance | | | | 0 | | 750.00 |
| Earnings | | | | 1,569.38 | | 7,313.77 |

### Earnings - Detail by Type

| Date | Description | Trip | From | To | Miles | Hours | Rate | Type | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 07/06/24 | Holiday Hours (07/04/2024): 8 | | | | | 0.00 | 32.50 | Flat Rate | 260.00 |
| 07/01/24 | TRIP #: 45311564 FT. WORTH - TX (752.000) -> T/A Truck Stop (M58.000) | 45311564 | FT. WORTH - TX (752.000) | T/A Truck Stop (M58.000) | 4.42 | | 155.06 | Flat Rate | 155.06 |
| 07/02/24 | TRIP #: 45314411 T/A Truck Stop (M58.000) -> FT. WORTH - TX (752.000) | 45314411 | T/A Truck Stop (M58.000) | FT. WORTH - TX (752.000) | 4.15 | | 155.06 | Flat Rate | 155.06 |
| 07/02/24 | TRIP #: 45329131 FT. WORTH - TX (752.000) -> SHREVEPORT - LA (711.000) | 45329131 | FT. WORTH - TX (752.000) | SHREVEPORT - LA (711.000) | 4.12 | | 135.91 | Flat Rate | 135.91 |
| 07/03/24 | TRIP #: 45331646 SHREVEPORT - LA (711.000) -> FT. WORTH - TX (752.000) | 45331646 | SHREVEPORT - LA (711.000) | FT. WORTH - TX (752.000) | 3.43 | | 135.91 | Flat Rate | 135.91 |
| 07/03/24 | TRIP #: 45344743 FT. WORTH - TX (752.000) -> PHILLIPS 66 STANTON TX (M6Y.000) | 45344743 | FT. WORTH - TX (752.000) | PHILLIPS 66 STANTON TX (M6Y.000) | 4.88 | | 181.86 | Flat Rate | 181.86 |
| 07/04/24 | TRIP #: 45348440 PHILLIPS 66 STANTON TX (M6Y.000) -> FT. WORTH - TX (752.000) | 45348440 | PHILLIPS 66 STANTON TX (M6Y.000) | FT. WORTH - TX (752.000) | 4.43 | | 181.86 | Flat Rate | 181.86 |
| 07/05/24 | TRIP #: 45360472 FT. WORTH - TX (752.000) -> PHILLIPS 66 STANTON TX (M6Y.000) | 45360472 | FT. WORTH - TX (752.000) | PHILLIPS 66 STANTON TX (M6Y.000) | 5.18 | | 181.86 | Flat Rate | 181.86 |
| 07/06/24 | TRIP #: 45363653 PHILLIPS 66 STANTON TX (M6Y.000) -> FT. WORTH - TX (752.000) | 45363653 | PHILLIPS 66 STANTON TX (M6Y.000) | FT. WORTH - TX (752.000) | 4.43 | | 181.86 | Flat Rate | 181.86 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 97.30 | 406.95 |
| Medicare | 22.75 | 95.17 |
| Employee Taxes | 120.05 | 502.12 |

### Post Tax Deductions & (Refunds)

| Description | Amount | YTD |
|---|---|---|
| New Employee Advance Deduction | 0.00 | 250.00 |
| Post Tax Deductions & (Refunds) | 0.00 | 250.00 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,569.38 | 6,563.77 |
| Medicare - Taxable Wages | 1,569.38 | 6,563.77 |
| Federal Withholding - Taxable Wages | 1,569.38 | 6,563.77 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| Navy Federal | Navy Federal ******2969 | ******2969 | | 1,449.33    USD |